■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PASTORE, Appellant. [52 NYS3d 863]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Steven L. Barrett, J.), rendered February 6, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Mazzarelli, Moskowitz, Manzanet-Daniels and Kapnick, JJ.

■ ANDRES RIVERA, Respondent, v COLUMBIA HICKS ASSOCIATES, LLC, et al., Defendants. COLUMBIA HICKS ASSOCIATES LLC, Third-Party Plaintiff, v SDS COLUMBIA LLC et al., Third-Party Defendants. COLUMBIA HICKS ASSOCIATES LLC, Second Third-Party Plaintiff-Respondent, v KNOCKDOWN CONTRACTING, INC., Second Third-Party Defendant-Appellant. [52 NYS3d 863]—Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered April 6, 2016, which denied second third-party defendant Knockdown Contracting Inc.'s motion for summary judgment dismissing second third-party plaintiff Columbia Hicks Associates LLC's third-party claims against it, unanimously affirmed, without costs.

The motion court properly denied Knockdown's motion as untimely, because Knockdown failed to show "good cause" for moving for summary judgment more than 120 days after the filing of the note of issue (CPLR 3212 [a]; *see e.g. Miceli v State Farm Mut. Auto. Ins. Co.*, 3 NY3d 725 [2004]). Concur—Sweeny, J.P., Mazzarelli, Moskowitz, Manzanet-Daniels and Kapnick, JJ.